*Theodore W. de Looze,* Assistant Attorneys General; *Walter E. Alessandroni,* Attorney General of Pennsylvania, and *Edward Friedman* and *George W. Keitel,* Deputy Attorneys General; *Frank L. Farrar,* Attorney General of South Dakota; *John J. O'Connell,* Attorney General of Washington; and *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *T. Carl Holbrook* and *William D. Dexter,* Assistant Attorneys General.

No. 421. HALIO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Maurice Edelbaum* for petitioner. *William Cahn* for respondent.

No. 424. OUTDOOR AMERICAN CORP. ET AL. *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied. *Lipman Redman* for petitioners. *Levy Anderson* for respondents.

No. 425. ENGLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Ernestine B. Powell* for petitioner. *Solicitor General Cox* for the United States.

No. 427. R. H. WRIGHT, INC. *v.* HARDRIVES CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. *Richard M. White* and *Thomas H. Anderson* for petitioner.

No. 433. RUEHRUP *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Gordon Burroughs* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.